UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS MORRIS,

                  Plaintiff,

        -v-

EMUSIC.COM INC.,

                  Defendant.

21-CV-7389 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within 45 days.

    The motion at Docket Number 18 is denied without prejudice to renewal in the event that the settlement is not consummated.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: September 6, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                             United States District Judge